Nancy A. Del Pizzo
nancy.delpizzo@rivkin.com
**RIVKIN RADLER LLP**
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
(201) 287-2460 (T)
(201) 489-0495 (F)

 - and-

477 Madison Avenue
New York, New York 10022
(212) 455-9555 (T)
(212) 687-9044 (F)

*Attorneys for Defendant Complex Media, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARC RICHARDSON, <br><br> Plaintiff, <br><br> -against- <br><br> COMPLEX MEDIA, INC., a Delaware Corporation individually and doing business as "Complex" and "Complex UK"; and DOES 1-10, <br><br> Defendants. | Civil Action No.: 1:20-cv-06201 (JSR) (KHP) <br><br> **NOTICE OF MOTION** |

  **PLEASE TAKE NOTICE** that defendant, Complex Media, Inc. ("Complex Media"), by its undersigned attorneys, upon the accompanying Memorandum of Law and Declaration of Nancy A. Del Pizzo, respectfully moves this Court before the Honorable Jed S. Rakoff, U.S.D.J., at the United States District Court for the Southern District of New York, Thurgood Marshall United

States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York 10007, for an Order dismissing the Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b), or in the alternative, for summary judgment under Fed. R. Civ. P. 12(d), and for an Order granting Complex Media attorneys' fees and costs under 17 U.S.C. § 505 and leave to file its affidavit of services for same, and for such other and further relief as the Court may deem just and appropriate; and,

**PLEASE TAKE FURTHER NOTICE** that Complex Media requests oral argument if this motion is opposed.

Dated: October 13, 2020

Respectfully submitted,

**RIVKIN RADLER LLP**

By: s/ Nancy A. Del Pizzo
Nancy A. Del Pizzo
nancy.delpizzo@rivkin.com
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
(201) 287-2460 (T)
(201) 489-0495 (F)

 - and-

477 Madison Avenue
New York, New York 10022
(212) 455-9555 (T)
(212) 687-9044 (F)

*Attorneys for Defendant Complex Media, Inc.*