UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC RICHARDSON, <br><br> Plaintiff, <br><br> -against- <br><br> COMPLEX MEDIA, INC. et al., <br><br> Defendants. | 20-cv-6201 (JSR) <br><br> <u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.

On March 24, 2021, the parties in the above-captioned case informed the Court that they had reached a settlement. The Court dismissed the case with prejudice, but with leave to any party to move by April 28, 2021 to reopen the case and proceed to trial if the settlement was not fully effectuated. ECF No. 29. On April 13, 2021, the parties notified the Court that they needed additional time to discharge certain obligations under the settlement agreement. Accordingly, the Court extends leave for any party to move to reopen the case until May 28, 2021. No further extensions will be granted.

SO ORDERED.

Dated:   New York, NY

        April 13, 2021

                                                    JED S. RAKOFF, U.S.D.J.

1